IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In re: )
CHRISTINE A. MCGALLAGHER )
) Case No. 23-11821
)
Debtor(s). )

## VERIFIED OBJECTION TO CLAIM

Christine A. McGallagher (party name), pursuant to Bankruptcy Rule 3007, hereby objects to ECF claim number 3 filed by creditor SN SERVICING CORPORATION. The relief sought is that the claim should be:

- [ ] disallowed (or reduced to the amount paid in there have been any distributions).
- [ ] disallowed (or reduced to the amount paid if there have been any distributions) with leave to file a deficiency claim within 90 days.
- [ ] allowed as secured in the amount of $_____ with the remainder unsecured.
- [ ] allowed as unsecured in the amount of $_____.
- [ ] allowed as secured in the amount of $_____.
- [ ] allowed in full but reclassified as unsecured.
- [ ] allowed as unsecured for the amount filed, but the portion of the claim seeking post-petition interest is disallowed.
- [x] other (state): REDUCED ARREARS TO $28,000.00

The basis for the objection is as follows:

The Debtor claims the arrears should be reduced to $28,000.00 because the mortgage company has not applied all payments to the past due arrears. Also, the debtor states that charges added by the creditor are incorrect and do not reflect an acurrate delinquency.

/s/ WILLIAM J. CASEY, II
Attorney for Objecting Party

William J. Casey, II
3208 Cottage Hill Rd
Mobile, AL 36606
251-478-5713
Jay_Casey@comcast.net

## Certification Under Penalty of Perjury*

I/We declare under penalty of perjury that I/we have read the statements contained in the foregoing Objection and that they are true and correct.

/s/ _____    _____

Date: _____10/20/2023_____    Date: _____

*May be signed electronically but counsel must retain original ink signature per Local Rule 9011-1.

Certificate of Service

I certify that I have served this pleading on the debtor(s), the trustee, and the creditor whose claim is the subject of the objection by the means and at the addresses decribed below:

Debtor(s) by first class mail

Christine A. McGallagher
9757 Deerfield Dr
Irvington, AL 36544

Trustee by first class mail

Chapter 13 Trustee
PO Box 1884
Mobile, AL 36633

Creditor  ☑ by first class mail
          ☐ by certified mail

SN Servicing Corporation
3223 Fifth St
Eureka, CA 95501

Hugh A. Smith
Attorney for the Creditor
3550 Engineering Dr Ste 260
Peachtree Corners, GA 30092

/s/ William J. Casey, II

3

UNITED STATED BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

CHRISTINE A. MCGALLAGHER                                            CASE NO: 23-11821

DEBTOR(S)

## AFFIDAVIT OF DEBTOR

I, Christine McGallagher do hereby state that the following statement is true and correct:

I firmly believe that the mortgage company has not given me credit for all the mortgage payments I have made and the creditor is also adding duplicate amounts to the past due arrears which just increases the arrearage amount in every new case I have filed. I have substantial proof that I am not given credit for the payments I have made since 2017. The arrearage amount should be reduced from $66,009.50 to $28,000.00.

_____
Christine A. McGallagher

STATE OF ALABAMA
COUNTY OF MOBILE

I, the undersigned, a notary public in and for said County, in said State, hereby certify that Christine A. McGallagher whose name is signed to the foregoing statement and who is known to me, acknowledged before me on this day, that being informed of the contents of the statement, she executes the same voluntarily on the day the same bears date.

Given under my hand and official seal this 20th day of October, 2023.

_____
NOTARY PUBLIC
My Commission Expires: 5/12/2025